# United States Court of Appeals
## For the First Circuit

————————————

No. 24-1705

STATE TEACHERS RETIREMENT SYSTEM OF OHIO, individually and on behalf of all others similarly situated,

Plaintiff, Appellant,

SHARAN COLEMAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CHARLES RIVER LABORATORIES INTERNATIONAL, INC.; JAMES C. FOSTER; DAVID R. SMITH,

Defendants, Appellees,

FLAVIA PEASE,

Defendant.

————————————

**JUDGMENT**

Entered: August 15, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The district court's decision is reversed in part and vacated in part, and the matter is remanded for further proceedings consistent with the opinion issued this day.  Each party shall bear its own costs on appeal.

By the Court:
Anastasia Dubrovsky, Clerk

cc:  Hon. Denise Jefferson Casper, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Edward F. Haber, Donald R. Hall, Frederic S. Fox, Patrick J. Vallely, Alisa C. Philo, Matthew W.H. Wessler, Jeffrey P. Campisi, Thomas Scott-Railton, Glen DeValerio, Daryl DeValerio Andrews, Robert V. Prongay, David Brendan Toscano, Mara Theophila, Charles Duggan, Luca Marzorati, Theodore Michael Hess-Mahan